Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.

HARPER CONSTRUCTION, INC., Respondent, v. MICHAEL J. GROSSMAN et al., Appellants.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.

HAVIL'S JEWELERS OF RIVERHEAD, INC., Respondent, v. NEW ZEALAND INSURANCE COMPANY, LIMITED, Appellant, et al., Defendant.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.

In the Matter of BRENDA MILES, Petitioner, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. In the Matter of PENINSULA APARTMENTS, INC., et al., Petitioners, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

674

Christ, P. J., Rabin, Munder, Martuscello and Latham, JJ., concur.